UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.,

                    Plaintiff,

-against-

TACO FIESTA, INC., d/b/a TACO FIESTA,
MEXICAN RESTAURANT and MAURICIO
PARROQUIN,

                    Defendants.
-------------------------------------------------------------X

JUDGMENT
07-CV- 3852 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 10 2008 ★
BROOKLYN OFFICE

An Order of Honorable John Gleeson, United States District Judge, having been filed on September 30, 2008, vacating the Court's Order referring the motion for a Report and Recommendation; and directing the Clerk of Court to enter judgment in favor of plaintiff for $2,000.00, plus interest at 9% per annum from September 18, 2004 until the date of entry of judgment, and costs and disbursements of $470.00; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., and against defendants, Taco Fiesta, Inc., d/b/a Taco Fiesta Mexican Restaurant and Mauricio Parroquin, in the amount of $2,000.00; plus interest at 9% per annum from September 18, 2004 until entry of judgment, in the amount of $729.86; and costs and disbursements of $470.00; for a total award of $3,199.86.

Dated: Brooklyn, New York
       October 08, 2008

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court